

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Brandon Jorel Scott, Appellant

No. 06-23-00150-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 28958). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Brandon Jorel Scott, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 4, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk